Vinrod AMANI and Urban Realtors, Appellants,

v.

VINSON CORROSION CONTROL SERVICE, INC., Appellee.

No. 01–03–00656–CV.

Court of Appeals of Texas, Houston (1st Dist.).

Nov. 26, 2003.

Vinod Ramani, Houston, TX, for Appellant.

Deborah G. Frink, Houston, TX, for Appellee.

Panel consists of Justices HEDGES, KEYES and HIGLEY.

### OPINION

PER CURIAM.

This is an appeal from a judgment signed May 20, 2003. Appellants have invoked the jurisdiction of this Court by filing a notice of appeal, but they have not paid the appellate filing fee. On July 28, 2003, this Court ordered that unless, within 15 days of the date of the order, appellant paid the appellate filing fee, their appeal would be dismissed. The 15 days have expired and appellants have not paid the appellate filing fee.

Accordingly, we **dismiss** the appeal.

■

In the Matter of Landon Erik MORENO, A Juvenile, Appellant.

No. 01–03–00714–CV.

Court of Appeals of Texas, Houston (1st Dist.).

Nov. 26, 2003.

Chad P. Ellis, Richmond, TX, for Appellant.

John H. Harrity, III, Assistant District Attorney—Fort Bend County, Richmond, TX, for Appellee.

Panel consists of Justices HEDGES, ALCALA, and HIGLEY.

### OPINION

PER CURIAM.

This is an appeal from a judgment signed June 30, 2003. Appellant has invoked the jurisdiction of this Court by filing a notice of appeal, but he has not paid the appellate filing fee. On September 10, 2003, this Court ordered that unless, within 15 days of the date of the order, appellant paid the appellate filing fee, the appeal would be dismissed. The 15 days have expired and appellant has not paid the appellate filing fee.

Accordingly, we **dismiss** the appeal.